```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-00259-RNO
Jeanetta Denise Canty-Johnson                                       Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke         Page 1 of 2         Date Rcvd: Feb 26, 2020
                              Form ID: ntcnfhrg       Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db             +Jeanetta Denise Canty-Johnson,    228 Mallard Lane,    Bushkill, PA 18324-8222
5294327         Alltran Financial LP,    PO Box 4043,    Concord, CA 94524-4043
5294330        +Atlantic Health System,    Overlook Medical Center,    PO BOX 35611,    Newark, NJ 07193-5611
5294331         Bank of America,    4060 Ogletown/Station Rd,    Newark, DE 19713
5294337        +Daniel Santucci, Esquire,    1 International Plaza, 5th Floor,    Philadelphia, PA 19113-1510
5294338        +Division 819 Transit ECU,    PO Box 215,    Irvington, NJ 07111-0215
5294340        +Empire Medical Associates, PC,    264 Boyden Avenue,    Maplewood, NJ 07040-3058
5294341        +Granite State Management & Resources,    44 Warren Street,    Direct Loans,
                 Concord, NH 03301-4053
5294342        +Hackensack UMC Mountainside,    PO BOX 864,    Mahwah, NJ 07430-0864
5294343        +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5294347       ++MORRISTOWN PATHOLOGY ASSOCIATES PA,    PO BOX 500,    HACKETTSTOWN NJ 07840-0500
               (address filed with court:  Morristown Pathology Assoc, PA,    65 Madison Ave,   Ste 220,
                 Morristown, NJ 07960)
5294344         Macy's/DSNB,    911 Duke BLVD,   Mason, OH 45040
5294348         Nationstar DBA Mr. Cooper,    PO BOX 199111,    Dallas, TX 75235
5294349        +Pocono Ranch Lands,    112 Ranch Lands Drive,    Bushkill, PA 18324-9080
5294352        +Rickart Collection Systems, Inc.,    575 Milltown Road,    PO BOX 7242,
                 North Brunswick, NJ 08902-7242
5294353        +Summit Medical Group,    150 Floral Ave,    New Providence, NJ 07974-1557
5294355        +TD Bank USA/Target Credit,    7000 Target Parkway N,    Minneapolis, MN 55445-4301
5294886         U.S. Department of Housing and Urban Development,    The Wanamaker Building, 11th Floor,
                 100 Penn Square East,    Philadelphia, PA 19107-3380
5294356        +University Physical Association,    PO BOX 18297,    Newark, NJ 07191-8297

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 19:45:42
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5294329        +E-mail/Text: legal@arsnational.com Feb 26 2020 19:41:08     ARS National Services Inc,
                 PO BOX 469100,    Escondido, CA 92046-9100
5294326        +E-mail/Text: EBNProcessing@afni.com Feb 26 2020 19:41:25      Afni,
                 1310 Martin Luther King Drive,    Bloomington, IL 61701-1465
5294328        +E-mail/Text: ally@ebn.phinsolutions.com Feb 26 2020 19:40:19      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
5303608         E-mail/Text: ally@ebn.phinsolutions.com Feb 26 2020 19:40:19      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
5294332        +E-mail/Text: bankruptcy@certifiedcollection.com Feb 26 2020 19:41:14
                 Certified Credit & Collection Bureau,    PO BOX 1750,    Whitehouse Station, NJ 08889-1750
5294333         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 26 2020 19:41:12
                 Comenity Bank/Victoria Secret,    PO Box 182789,    Columbus, OH 43218-2789
5294334        +E-mail/Text: convergent@ebn.phinsolutions.com Feb 26 2020 19:41:35
                 Convergent Outsourcing, Inc.,    10750 Hammerly Blvd #200,    Houston, TX 77043-2317
5294335        +E-mail/Text: bankruptcy@credencerm.com Feb 26 2020 19:41:39      Credence,
                 17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
5294336        +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 26 2020 19:41:42
                 Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
5297255        +E-mail/Text: bankruptcynotification@wecontrolpain.com Feb 26 2020 19:41:31      EMSI,
                 3504 Cragmont Dr Ste 100,    Tampa, FL 33619-8300
5294339        +E-mail/Text: bankruptcynotification@wecontrolpain.com Feb 26 2020 19:41:31
                 Electrostim Medical Services Inc.,    3504 Cragmont Drive,    Suite 100,    Tampa, FL 33619-8300
5294345        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 26 2020 19:41:20      Midland Fundings,
                 2365 Northside Dr #300,    San Diego, CA 92108-2709
5294346        +E-mail/Text: bankruptcy@sccompanies.com Feb 26 2020 19:41:49      Monroe & Main,   1112 7th Ave,
                 Monroe, WI 53566-1364
5294350         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 19:47:03
                 Portfolio Recovery,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502
5294351         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 19:45:42
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Ste 100,    Norfolk, VA 23502
5303102         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 19:47:03
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5294354        +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 19:46:20      SYNCB/Walmart,    PO BOX 965024,
                 Orlando, FL 32896-5024
5294468        +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 19:46:16      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:

        Charles Laputka    on behalf of Debtor 1 Jeanetta Denise Canty-Johnson claputka@laputkalaw.com, milda@laputkalaw.com;jen@laputkalaw.com;bkeil@laputkalaw.com
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                           TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jeanetta Denise Canty–Johnson,

**Debtor 1**

Chapter 13

Case No. 5:20–bk–00259–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **March 25, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: April 1, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 26, 2020 |

ntcnfhrg (03/18)