UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEANETTA DENISE CANTY-JOHNSON : CHAPTER 13
    Debtor(s)

CHARLES J. DEHART, III
STANDING CHAPTER 13 TRUSTEE
    Movant

vs.

JEANETTA DENISE CANTY-JOHNSON
    Respondent(s) : CASE NO. 5-20-bk-00259

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 24th day of February, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

    a. Residential real estate

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Plan ambiguous – Section (2)(A)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

   AND NOW, this 3rd day of March, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Laputka, Esquire
1344 West Hamilton Street
Allentown, PA   18102

               /s/Deborah A. Behney
               Office of Charles J. DeHart, III
               Standing Chapter 13 Trustee