Certificate Number: 17082-PAM-DE-034476900

Bankruptcy Case Number: 20-00259


17082-PAM-DE-034476900

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 20, 2020, at 11:28 o'clock AM MST, JEANETTA D CANTY JOHNSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 20, 2020

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director