## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JEANETTA DENISE CANTY-JOHNSON


                    Debtor(s)
                                                            CHAPTER 13
          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                    Movant                                  CASE NO: 5-20-00259-RNO

          vs.

          JEANETTA DENISE CANTY-JOHNSON


                    Respondent(s)

                    **TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on November 10, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:     November 10, 2020                        Respectfully submitted,


                                                    /s/   Agatha R. McHale, Esquire
                                                    ID:  47613
                                                    Attorney for Movant
                                                    Charles J. DeHart, III
                                                    Standing Chapter 13 Trustee
                                                    8125 Adams Drive, Suite A
                                                    Hummelstown, PA 17036
                                                    Phone:  (717) 566-6097
                                                    Fax:  (717) 566-8313
                                                    eMail:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    JEANETTA DENISE CANTY-JOHNSON

              CHAPTER 13

          Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE            CASE NO: 5-20-00259-RNO
          Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

> December 2, 2020 at 09:30 AM
> U.S. Bankruptcy Court
> Max Rosenn U.S. Courthouse
> 197 S. Main Street
> Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

          **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 710.00**
              **AMOUNT DUE FOR THIS MONTH:  $355.00**
        **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $1065.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
            **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

         If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  November 10, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JEANETTA DENISE CANTY-
          JOHNSON

                                 CHAPTER 13

             Debtor(s)

          CHARLES J. DEHART, III          CASE NO: 5-20-00259-RNO
          CHAPTER 13 TRUSTEE
                Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 10, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

CHARLES LAPUTKA ESQUIRE          UNITED STATES TRUSTEE
1344 WEST HAMILTON STREET        SUITE 1190
ALLENTOWN, PA  18102-              228 WALNUT STREET
                                         HARRISBURG, PA  17101

Served by First Class Mail

JEANETTA DENISE CANTY-JOHNSON
228 MALLARD LANE
BUSHKILL, PA  18324

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 10, 2020            Liz Joyce
                                   for Charles J. DeHart, III, Trustee
                                   Suite A, 8125 Adams Dr.
                                   Hummelstown, PA  17036
                                   Phone:  (717) 566-6097
                                   eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     JEANETTA DENISE CANTY-
            JOHNSON

                                                    CHAPTER 13

            Debtor(s)


            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE
                        Movant                      CASE NO: 5-20-00259-RNO


            vs.


            JEANETTA DENISE CANTY-             MOTION TO DISMISS
            JOHNSON


### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.