**Fill in this information to identify the case:**

Debtor 1    Jeanetta Denise Canty-Johnson

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle     District of   PA
                                                         (State)

Case number   5:20-bk-00259-MJC

## Form 4100R

# Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of creditor:**   Nationstar Mortgage LLC                **Court claim no.** (if known):
                                                                       7

**Last 4 digits** of any number you use to identify the debtor's account:       ******7516

**Property address:**    785 Mallard Lane
                   Number       Street

                   Bushkill            PA       18324
                   City                State       ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:                                                 $ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     The next postpetition payment from the debtor(s) is due on:    08 / 01 / 2025
                                                               MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

     Creditor asserts that the total amount remaining unpaid as of the date of this response is:

     a.   Total postpetition ongoing payments due:                            (a)   $ _____

     b.   Total fees, charges, expenses, escrow, and costs outstanding:       + (b)   $ _____

     c.   **Total**. Add lines a and b.                                        (c)   $        0.00

     Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:                                     ___ / ___ / ___
                                                MM / DD / YYYY

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ _Shawn Miller (signature)_       Date <u>07 / 15 / 2025</u>
   Signature

Print   <u>Shawn Miller</u>       Title  <u>Agent for Creditor</u>
     First Name    Middle Name    Last Name

Company   <u>Aldridge Pite, LLP</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   <u>3333 Camino del Rio South, Suite 225</u>
     Number      Street

     <u>San Diego</u>       <u>CA</u>  <u>92108</u>
     City         State   ZIP Code

Contact phone  <u>(858 ) 750 _ 7600</u>     Email <u>shawnmiller@aldridgepite.com</u>

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>July 15, 2025</u>

| | |
|---|---|
| Chapter 13 Trustee: | Jack N Zaharopoulos |
| Trustee Address: | Standing Chapter 13  (Trustee) |
| | 8125 Adams Drive, Suite A |
| | Hummelstown, PA 17036 |
| Trustee Email: | info@pamd13trustee.com |
| | |
| Debtor's Counsel Name: | CHARLES LAPUTKA |
| Debtor's Counsel Address: | Laputka Law Offices |
| | 1344 West Hamilton Street |
| | Allentown, PA 18102 |
| Debtor's Counsel Email: | claputka@laputkalaw.com |
| | |
| Debtor 1 Name: | Jeanetta Denise Canty-Johnson |
| Debtor's Mailing Address: | 228 Mallard Lane |
| | Bushkill, PA 18324 |

 /s/ Ciara M. Pumicpic