United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 20-00259-MJC

Jeanetta Denise Canty-Johnson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jul 22, 2025     Form ID: 3180W     Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanetta Denise Canty-Johnson, 228 Mallard Lane, Bushkill, PA 18324-8222 |
| 5294330 | + | Atlantic Health System, Overlook Medical Center, PO BOX 35611, Newark, NJ 07193-5611 |
| 5294338 | + | Division 819 Transit ECU, PO Box 215, Irvington, NJ 07111-0215 |
| 5297255 | + | EMSI, 3504 Cragmont Dr Ste 100, Tampa, FL 33619-8300 |
| 5294339 | + | Electrostim Medical Services Inc., 3504 Cragmont Drive, Suite 100, Tampa, FL 33619-8300 |
| 5294340 | + | Empire Medical Associates, PC, 264 Boyden Avenue, Maplewood, NJ 07040-3058 |
| 5294341 | + | Granite State Management & Resources, 44 Warren Street, Direct Loans, Concord, NH 03301-4053 |
| 5294342 | + | Hackensack UMC Mountainside, PO BOX 864, Mahwah, NJ 07430-0864 |
| 5294347 | ++ | MORRISTOWN PATHOLOGY ASSOCIATES PA, PO BOX 500, HACKETTSTOWN NJ 07840-0500 address filed with court:, Morristown Pathology Assoc, PA, 65 Madison Ave, Ste 220, Morristown, NJ 07960 |
| 5320694 | + | Morristown Medical Center, CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 5294348 | | Nationstar DBA Mr. Cooper, PO BOX 199111, Dallas, TX 75235 |
| 5320693 | + | Overlook Hospital, CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 5294349 | + | Pocono Ranch Lands, 112 Ranch Lands Drive, Bushkill, PA 18324-9080 |
| 5294353 | + | Summit Medical Group, 150 Floral Ave, New Providence, NJ 07974-1557 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jul 22 2025 18:38:00 | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, 3333 Camino del Rio South,, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| cr | + | EDI: PRA.COM | Jul 22 2025 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5294329 | + | Email/Text: legal@arsnational.com | Jul 22 2025 18:38:00 | ARS National Services Inc, PO BOX 469100, Escondido, CA 92046-9100 |
| 5294326 | + | Email/Text: EBNProcessing@afni.com | Jul 22 2025 18:38:00 | Afni, 1310 Martin Luther King Drive, Bloomington, IL 61701-1465 |
| 5294327 | | Email/Text: bankruptcydepartment@tsico.com | Jul 22 2025 18:38:00 | Alltran Financial LP, PO Box 4043, Concord, CA 94524-4043 |
| 5303608 | | EDI: GMACFS.COM | Jul 22 2025 22:39:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 5294328 | + | EDI: GMACFS.COM | Jul 22 2025 22:39:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5294331 | | EDI: BANKAMER | Jul 22 2025 22:39:00 | Bank of America, 4060 Ogletown/Station Rd, Newark, DE 19713 |

| Recipient # | Notice Type | Delivery Time | Recipient Name and Address |
|---|---|---|---|
| 5294332 | + Email/Text: bankruptcy@certifiedcollection.com | Jul 22 2025 18:38:00 | Certified Credit & Collection Bureau, PO BOX 1750, Whitehouse Station, NJ 08889-1750 |
| 5294333 | EDI: WFNNB.COM | Jul 22 2025 22:39:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5294334 | + EDI: CONVERGENT.COM | Jul 22 2025 22:39:00 | Convergent Outsourcing, Inc., 10750 Hammerly Blvd #200, Houston, TX 77043-2317 |
| 5294335 | + Email/Text: bankruptcy@credencerm.com | Jul 22 2025 18:38:00 | Credence, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 5294336 | + EDI: CCS.COM | Jul 22 2025 22:39:00 | Credit Collection Services, Two Wells Avenue, Newton, MA 02459-3225 |
| 5294344 | EDI: CITICORP | Jul 22 2025 22:39:00 | Macy's/DSNB, 911 Duke BLVD, Mason, OH 45040 |
| 5294337 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2025 18:38:00 | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 5312080 | EDI: Q3G.COM | Jul 22 2025 22:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5294343 | ^ MEBN | Jul 22 2025 18:35:25 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5312117 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2025 18:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5294345 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2025 18:38:00 | Midland Fundings, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 5294346 | + EDI: CBS7AVE | Jul 22 2025 22:39:00 | Monroe & Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5310391 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 22 2025 18:38:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5294350 | EDI: PRA.COM | Jul 22 2025 22:39:00 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 5294351 | EDI: PRA.COM | Jul 22 2025 22:39:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 5303102 | EDI: PRA.COM | Jul 22 2025 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5294352 | Email/Text: pattim@rickart.com | Jul 22 2025 18:38:00 | Rickart Collection Systems, Inc., 575 Milltown Road, PO BOX 7242, North Brunswick, NJ 08902 |
| 5294354 | + EDI: SYNC | Jul 22 2025 22:39:00 | SYNCB/Walmart, PO BOX 965024, Orlando, FL 32896-5024 |
| 5294468 | ^ MEBN | Jul 22 2025 18:35:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5294355 | + EDI: WTRRNBANK.COM | Jul 22 2025 22:39:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Minneapolis, MN 55445-4301 |
| 5294886 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 22 2025 18:45:44 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5294356 | ##+ | University Physicial Association, PO BOX 18297, Newark, NJ 07191-8297 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Jeanetta Denise Canty-Johnson claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jeanetta Denise Canty–Johnson<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1556<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20-bk-00259-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeanetta Denise Canty–Johnson

7/22/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**