United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 20-00259-MJC

Jeanetta Denise Canty-Johnson                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                        Page 1 of 1

Date Rcvd: Aug 20, 2025                     Form ID: fnldec                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

**Recip ID              Recipient Name and Address**
db                   +  Jeanetta Denise Canty-Johnson, 228 Mallard Lane, Bushkill, PA 18324-8222

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Laputka | on behalf of Debtor 1 Jeanetta Denise Canty-Johnson ecfnotices@laputkalaw.com<br>jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jeanetta Denise Canty−Johnson,                     Chapter        13

**Debtor 1**

Case No.        5:20−bk−00259−MJC

Social Security No.:

xxx−xx−1556

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  August 20, 2025

**fnldec** (01/22)